**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: Z.C., A MINOR | : | No. 98 WAL 2019 |
| | : | |
| | : | |
| PETITION OF: G.B-.C., NATURAL | : | Petition for Allowance of Appeal from |
| MOTHER | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 30th day of May, 2019, the Petition for Allowance of Appeal is

**DENIED**.